# EXHIBIT 7

FILED DISTRICT COURT
Third Judicial District

AUG 1 8 2009

SALT LAKE COUNTY
By_____
                Deputy Clerk

DELANO S. FINDLAY USB # 1074
Attorney for Plaintiff
684 East Vine Street #3B
Salt Lake City, UT 84117
Telephone: (801) 685-7777

IN THE THIRD JUDICIAL DISTRICT COURT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CINDY L. THOMPSON, formerly CINDY L. YOUNG, <br><br> Plaintiff, <br><br> vs. <br><br> WARDLEY CORPORATION, a Utah Corporation, dba WARDLEY BETTER HOMES & GARDENS <br><br> Defendant. | MOTION TO INTERVENE <br><br><br><br> Civil No. 990912516 <br> Judge Sandra N. Peuler |

Pursuant to Rule 19 of the Utah Rules of Civil Procedure, Delano S. Findlay, moves the Court to intervene as a plaintiff in this case. Movant states that he claims an interest in the judgment entered in favor of the plaintiff in this action and that his claim is so situated that the disposition of the action in his absence may as a practical matter impair or impede his ability to protect that interest.

This motion is supported by a memorandum and by an unsworn statement of the movant filed herewith.

Respectfully submitted this 18th day of ~~May, 2007~~ Aug. 2009.

_____
Delano S. Findlay

CERTIFICATE OF SERVICE

I certify that on this 18th day of August, 2009, I caused to be [ ] mailed, postage prepaid, [X] delivered, a true and correct copy of the forgoing Motion to .

        ANDERSON AND KARENBERG
        JOHN T. ANDERSON
        700 Chase Tower
        50 West Broadway
        Salt Lake City, UT 84101-2006

        CINDY THOMPSON

        _____
        Delano S. Findlay

FILED DISTRICT COURT
Third Judicial District

AUG 1 8 2009

SALT LAKE COUNTY
By_____
Deputy Clerk

DELANO S. FINDLAY USB # 1074
Attorney for Plaintiff
684 East Vine Street #3B
Salt Lake City, UT 84117
Telephone: (801) 685-7777

IN THE THIRD JUDICIAL DISTRICT COURT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CINDY L. THOMPSON, formerly CINDY L. YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>WARDLEY CORPORATION, a Utah Corporation, dba WARDLEY BETTER HOMES & GARDENS<br><br>Defendant. | UNWORN DECLARATION OF DELANO S. FINDLAY IN SUPPORT OF MOTION TO INTERVENE<br><br><br><br>Civil No. 990912516<br>Judge Sandra N. Peuler |

Delano S. Findlay makes the following unsworn declaration of facts of which he has personal knowledge and of which he would so testify if called as a witness and which can be ascertained from the Court's file in this case. :

1. Delano S. Findlay, hereinafter referred to as "Counsel", represented the plaintiff, Cindy Thompson in this action from October 3, 2003 until about July 9, 2009. I represented the plaintiff in connection with numerous motions and hearings and a jury trial.

2. In November, 2005 Counsel was successful in obtaining a verdict after a two day trial in favor of the plaintiff in the amount of $46,000.00. The judgment was entered on December 14, 2005.

3. On August 5, 2006, Counsel was successful in obtaining a judgment in favor of the plainitff for costs and attorney's fees in the amount of $33,008.85.

4. The judgment has not been paid to date Counsel's fees except for $5,000.00 paid in November 2006 or which I received $2,500.00 toward attorney's fees. But for that payment the entire judgment amount is still outstanding including accrued interest according to statute.

5. A substantial amount of additional fees have been earned in the case that have not been reduced to judgment.

6. On July 9, 2009 Counsel was granted leave to withdraw his representation at the behest of the plaintiff who wished to obtain other counsel.

7. Plainitff has not substituted other counsel. However, in any event, Counsel's interest in the judgment is subject to substantial risks which he cannot guard against unless joined as a party to the action.

Dated this 18 day of August, 2009.

_Delano S. Findlay_

## CERTIFICATE OF SERVICE

I certify that on this ___ day of August, 2009, I caused to be [X] mailed, postage prepaid, [ ] delivered, a true and correct copy of the forgoing ~~Motion~~ Declaration to .

        ANDERSON AND KARENBERG
        JOHN T. ANDERSON
        700 Chase Tower
        50 West Broadway
        Salt Lake City, UT 84101-2006

        CINDY THOMPSON

        _/s/ Delano S. Findlay_
        Delano S. Findlay

DELANO S. FINDLAY USB # 1074
Attorney for Plaintiff
684 East Vine Street #3B
Salt Lake City, UT 84117
Telephone: (801) 685-7777

IN THE THIRD JUDICIAL DISTRICT COURT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CINDY L. THOMPSON, formerly CINDY L. YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>WARDLEY CORPORATION, a Utah Corporation, dba WARDLEY BETTER HOMES & GARDENS<br><br>Defendant. | REPLY MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE<br><br><br>Civil No. 990912516<br>Judge Sandra N. Peuler |

Pursuant to Rule 7 of the Utah Rules of Civil Procedure, Delano S. Findlay, submits the following Reply Memorandum in support of his Motion To Intervene as a party/plaintiff in this case.

Defendant does not submit any credible argument against the intervention of counsel in this case except to attach a copy of the purchase of Counsel's interest to the judgment of this court pursuant to a Writ of Execution. The Defendant has not shown that it can take possession of intangible rights belonging to a person by levy of a Writ. It has cited to no cases or other authority in support of his objection.

Moreover, the law does not allow parties to take contradictory positions on the same issue. At the hearing on Defendant's objection to Plaintiff's, Writ of Execution on August 18, 2009, Defendant, through its worthy counsel, Mr. Anderson, argued before this Court, that the Court should strike plainitff's attempt to execute on defendant's rights to the appeal in case number 070908097 before Judge Medley because it would take away the Defendant's right to defend against plaintiff's appeal in that case. Defendant argued that its right to appear in the case should or could not be levied upon because it is not of the nature of a property right which is subject to levy.

Counsel here, is appealing the judgment levying Rule 11 sanctions against him in the Medley case which is the very basis of the execution of the Defendant Lynn Wardley upon the interest that Counsel has in the judgment for attorney's fees in the instant case. To argue that Plaintiff may not execute upon Lynn Wardley's right to appear and defend against the appeal in the Medley case is contradictory to Wardley Corporation's argument that Counsel does not have any right to appear and protect his right to the judgment for attorney's fees in this case because Wardley Corporation has executed upon all of his rights. Those rights are the subject of an appeal which may result in the overturning of the judgment for sanctions in the Medley case. Counsel should not be hamstrung in the meantime by not being able to appear and protect his rights in this case until the appeal is final.

The Court should disregard the opposition of Defendant, Wardley Corporation to

2

Counsel's Motion to Intervene as a party in this case and should grant the motion.

Respectfully submitted this ___ day of August, 2009.

_____
Delano S. Findlay

CERTIFICATE OF SERVICE

I certify that on this ___ day of August, 2009, I caused to be [X] mailed, postage prepaid, [ ] delivered, a true and correct copy of the forgoing Reply Memorandum to .

      ANDERSON AND KARENBERG
      JOHN T. ANDERSON
      700 Chase Tower
      50 West Broadway
      Salt Lake City, UT 84101-2006

      CINDY THOMPSON
      2419 North 2550 East
      Layton, UT 84040

_____
Delano S. Findlay

3

DELANO S. FINDLAY #1074
Attorney for Plaintiff
P.O. Box 57721
Murray, UT 84107
Telephone No. (801) 685-7777
Facsimile (801) 747-3112

FILED
THIRD DISTRICT COURT
10 JUN -1 AM 11: [illegible]
SALT LAKE COUNTY
BY _____
DEPUTY CLERK

IN THE THIRD DISTRICT COURT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CINDY L THOMPSON, formerly CINDY L. YOUNG | |
| Plaintiff, | STIPULATION TO INTERVENTION |
| vs. | |
| WARDLEY CORPORATION, a Utah Corporation, dba WARDLEY BETTER HOMES & GARDENS REAL ESTATE | |
| | Civil No. 990912516 |
| Defendant. | Judge Sandra N. Peuler |

The undersigned parties hereby stipulate to the intervention of Delano S. Findlay as a party plaintiff in this case. The stipulation of defendant Wardley Corporation is without prejudice to its right to argue on the merits in this or any other case that Intervenor does not have any legal or equitable right in the subject matter. Intervenor may argue the Plaintiff's rights in the subject matter of the lawsuit in order to protect his claimed interest in and to his right to attorney's fees and costs awarded in the case.

The parties further stipulate that no further action shall be taken in the case until the order allowing intervention has been entered and Intervenor shall have the normal time under the Rules

to respond to any outstanding motion before it is submitted to the Court for decision.

| 6/18/10 | _[signature]_ |
|---|---|
| Date | John T. Anderson. Attorney for Wardley Corporation |

| 6/18/2010 | _[signature]_ |
|---|---|
| Date | Cindy L. Thompson, *Pro Se* |

FILED DISTRICT COURT
Third Judicial District

JUN 22 2010

SALT LAKE COUNTY
By _____
Deputy Clerk

DELANO S. FINDLAY #1074
Attorney for plaintiff
P.O. Box 57721
Murray, UT 84107
(801) 685-7777

IN THE THIRD DISTRICT COURT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| CINDY L THOMPSON, formerly CINDY L. YOUNG | |
| Plaintiff, | ORDER GRANTING MOTION TO INTERVENE |
| vs. | |
| WARDLEY CORPORATION, a Utah Corporation, dba WARDLEY BETTER HOMES & GARDENS REAL ESTATE | |
| | Civil No. 990912516 |
| Defendant. | Judge Sandra N. Peuler |

Upon Motion of Delano S. Findlay to Intervene in the above entitled action, the Motion having been fully briefed, it appears to the Court that Delano S.. Findlay has an interest in this case and should be allowed to intervene and given opportunity to protect his interest. It appears to the Court that there is good cause and no good reason that the Motion should not be granted. Now therefor;

It Is Hereby ORDERED that the Motion To Intervene be and is granted. Delano S. Findlay is granted leave to appear in the above entitled case on his own behalf.

Dated this 21 day of June, 2010.

BY THE COURT:

_____
HONORABLE SANDRA PEULER
Third District Judge

## CERTIFICATE OF SERVICE

I certify that this _____ day of May, 2010, I caused a true and correct copy of the foregoing Proposed Order Granting Motion to Intervene to be

[X] mailed, first class postage prepaid,
[ ] delivered,
[ ] transmitted by telephone facsimile to the following:

    JOHN T. ANDERSON
    ANDERSON & KARRENBERG
    700 Chase Tower
    50 West Broadway
    Salt Lake City, UT 84101-2035

    CINDY THOMPSON
    1718 Joust Court
    Salt Lake City, UT 84116.

*[signature]*